OPINION — AG — PERSONS, INCLUDING COLLECTION AGENCIES, WHO ARE ASSIGNED DEBTS SUBJECT TO THE OKLAHOMA UNIFORM CREDIT CODE, ARE SUBJECT TO THE PROVISIONS OF THE OKLAHOMA UNIFORM CREDIT CODE, AND SPECIFICALLY, 14A O.S. 1971 [14A-1971] [14A-1971], 3-502, 14A O.S. 1971 [14A-1971] [14A-1971], 6-201, 14A O.S. 1971 [14A-1971], 6-202, 14A O.S. 1971 [14A-1971], 6-203 (TODD MARKUM)